

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00182-CR

Darnell **ROGERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12728
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 13, 2018.

_____
Patricia O. Alvarez, Justice